dollars costs, and stay vacated; motion for extension of time granted to the extent indicated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EVA GERSHMAN v. JACOB GERSHMAN.— Motion granted on condition that appeal be brought on for argument on the 5th day of November, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of HENRY STORZ, Petitioner, for a Certiorari Order against RICHARD E. ENRIGHT (GEORGE V. McLAUGHLIN), Commissioner of the Department of Police for the City of New York, Respondent.— Order of certiorari dismissed and proceedings confirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS REIF, an Infant, etc., Respondent, v. JACOB RUTENBERG, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOHANNA A. RUMLER and Others, as Executors, etc., of ROBERT RUMLER, Deceased, Respondents, v. LAZAR JACOBSOHN, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

DORA SILVERMAN, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ALFRED H. BENJAMIN, Appellant, v. MEXICAN PETROLEUM CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MATTHEW ENGINEERING & CONTRACTING CO., INC., Respondent, v. EDWARD A. BROWN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM COLLINS, Respondent, v. YORKVILLE WET WASH LAUNDRY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

RITA REDMOND, an Infant, by JOHN REDMOND, Her Guardian ad Litem, Respondent, v. BORDEN'S FARM PRODUCTS CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MARGARET GOLDMAN, Appellant, v. GEORGE A. CARDEN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

GEORGE F. BAILEY, Respondent, v. FINAN PACKARD AUTO RENTING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Martin, J., dissent.

MICHAEL B. McGREAL, as Treasurer of FRIENDS OF IRISH FREEDOM, Respondent, v. AUSTIN J. FORD, Individually and as Treasurer of SAVE ST. ENDA'S COMMITTEE, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE OHIO MATCH SALES COMPANY, Respondent, v. MARTHA WASHINGTON EVERHARD, Individually and as Executrix, etc., of DESMOND O. EVERHARD,